UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIARA YACHTS, INC.,

        Plaintiff/Counter-Defendant,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN,

        Defendant/Counter-Plaintiff.

Case No.1:22-cv-603

Honorable Robert J. Jonker

Magistrate Judge Ray Kent

---

**JOINT STIPULATION REGARDING DEADLINE FOR RESPONDING
TO PLAINTIFF'S MOTION TO COMPEL (ECF NO. 170)**

Plaintiff Tiara Yachts, Inc. and Defendant Blue Cross Blue Shield of Michigan ("BCBSM"), by and through their attorneys, stipulate and agree as follows:

1.      On July 7, 2026, Plaintiff filed its Motion to Compel Production of Interrogatory Responses and Documents, ECF No. 170.

2.      Under W.D. Mich. LCivR 7.3(c), the current deadline for BCBSM's response to Plaintiff's motion is July 21, 2026.

3.      On July 17, 2026, BCBSM requested additional time to provide a full and complete response to Plaintiff's motion.

4.      Plaintiff has agreed to extend BCBSM's response deadline to July 24, 2026.

**STIPULATED AND AGREED.**

1

11501404.1

VARNUM LLP

Dated: July 20, 2026

By: */s/ Perrin Rynders (w/ permission)*
 Perrin Rynders (P38221)
 Aaron M. Phelps (P64790)
 Herman D. Hofman (P81297)
 Justin M. Wolber (P85728)

*Attorneys for Plaintiff/Counter-Defendant*

ALLEN OVERY SHEARMAN STERLING US LLP

Dated: July 20, 2026

By: */s/ Daniel Lewis*
 Daniel Lewis (Adm. in W.D. MI, NY Reg., 4084810)
 Jeffrey D. Hoschander (Adm. in W.D. MI, NY Reg. 4496337)
 Todd M. Stenerson (P51953)

*Attorneys for Defendant/Counter-Plaintiff*

ZAUSMER, P.C.

Dated: July 20, 2026

By: */s/ Mark J. Zausmer*
 Mark J. Zausmer (P31721)
 Michael A. Schwartz (P74361)
 Nathan S. Scherbarth (P75647)
 Jason M. Schneider (P79296)

*Attorneys for Defendant/Counter-Plaintiff*

2

11501404.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TIARA YACHTS, INC.,                                    Case No.1:22-cv-603

      Plaintiff/Counter-Defendant,              Honorable Robert J. Jonker

v.                                                                      Magistrate Judge Ray Kent

BLUE CROSS BLUE SHIELD OF MICHIGAN,

      Defendant/Counter-Plaintiff.

_____

### ORDER REGARDING DEADLINE FOR RESPONDING TO PLAINTIFF'S MOTION TO COMPEL (ECF NO. 170)

This matter having come to the Court upon the joint stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Defendant Blue Cross Blue Shield of Michigan shall respond to Plaintiff Tiara Yachts, Inc.'s Motion to Compel Production of Interrogatory Responses and Documents (ECF No. 170) by July 24, 2026.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                                          Hon. Ray Kent
                                                          United States Magistrate Judge

11501404.1