UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIARA YACHTS, INC.,

Plaintiff,

v.

BLUE CROSS BLUE SHEILD OF MICHIGAN,

Defendant.
_______________________________/

Case No. 1:22-cv-603

Hon. Robert J. Jonker

**ORDER**

The parties appeared before the undersigned on September 17, 2026 on six motions: plaintiff's Motion to Compel Production of Documents Without Redaction (ECF No. 150), plaintiff's Motion to Strike Confidentiality Designations (ECF No. 154) and defendant's Motion to Compel Production of Interrogatory Responses and Documents (ECF No. 170), defendant's Motion to Compel Production of Provider Contracts, Settlement Reports and Policies and Procedures (ECF No. 186), plaintiff's Unopposed Second motion to Amend the Case Management Order (ECF No. 190) and plaintiff's Motion to Compel the Depositions of Dianne Malmgren and Robert Hopper and for Sanctions (ECF No. 204). For the reasons stated on the record, the Court orders as follows:

Plaintiff's Motion to Compel Production of Documents Without Redaction (ECF No. 150) is **GRANTED** as set forth on the record.

Plaintiff's Motion to Strike Confidentiality Designations (ECF No. 154) is **DENIED**.

Plaintiff's Renewed Motion to Compel Production of Interrogatory Responses and Documents (ECF No. 170) is **GRANTED in part.**

Plaintiff's Motion to Compel Production of Provider Contracts, Settlement Reports and Policies and Procedures (ECF No. 186) is **DENIED without prejudice** subject to the parties' agreement as stated in their Joint Status Report (ECF No. 216).

Plaintiff's Unopposed Second motion to Amend the Case Management Order (ECF No. 190) is **GRANTED**. The Court will enter a Third Amended Case Management Order.

Plaintiff's Motion to Compel the Depositions of Dianne Malmgren and Robert Hopper and for Sanctions (ECF No. 204) is **GRANTED in part**.

**IT IS SO ORDERED**.

Dated: September 22, 2026

/s/ Ray Kent
RAY KENT
United States Magistrate Judge